UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 24-496

MICHAEL THOMPSON,

     Plaintiff,

v.

CITY OF CAPE CORAL,

     Defendant,

_____/

## **NOTICE OF REMOVAL**

Defendant, CITY OF CAPE CORAL ("City" or "Defendant"), by and through its undersigned counsel, removes this action from the Twentieth Judicial Circuit in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, and states:

1.    Plaintiff, MICHAEL THOMPSON ("Plaintiff"), has sued the City for purported First Amendment violations under 42 U.S.C. § 1983 and Article 1, Section 4 of the Florida Constitution.

2.    Plaintiff served the Amended Complaint on the City on April 29, 2024. The Amended Complaint is the first pleading which gives rise to the right to remove this action.

3.    This Notice of Removal is being filed within 30 days after initial service of the Amended Complaint upon the City in compliance with 28 U.S.C. § 1446(b)(2)(B).

4.      Pursuant to 28 U.S.C. § 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress alleged violations of the First Amendment.

5.      Pursuant to 28 U.S.C. §1441, this action is properly removable to this Court, as this matter is within the original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

6.      Pursuant to 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's purported claim under Article 1, Section 4 of the Florida Constitution because such claim is closely related to the First Amendment claim raised in the Amended Complaint, over which this Court has original jurisdiction, and because all of Plaintiff's claims and counts form the same case and all involve the same alleged events, transactions, occurrences, and controversies.

7.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06, copies of the state court docket, complaint and the summons establishing service on April 29, 2024, are attached as exhibits.

8.      Venue is proper in this Court because the alleged conduct occurred within the Middle District of Florida.

9.      The City has filed a notice of removal with the Clerk of Court for the Twentieth Judicial Circuit in and for Lee County, Florida, and has provided notice to Plaintiff in accordance with 28 U.S.C. §1446(d).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:    */s/Christopher J. Stearns*
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
*/s/Jonathan H. Railey*
JONATHAN H. RAILEY
FLA. BAR NO. 111717
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Primary service email:
stearns@jambg.com
railey@jambg.com
Secondary service email:young@jambg.com
cisaac@jambg.com
nunez@jambg.com

## <u>SERVICE LIST</u>

**ANTHONY F. SABATINI, ESQ.**
SABATINI LAW FIRM, P.A.
**Attorney for Plaintiff**
411 N. Donnelly St., Ste # 3
Mount Dora, FL 32757
(352) 455-2928 (Phone)
anthony@sabatinilegal.com

---

**CHRISTOPHER J. STEARNS, ESQ.**
**JONATHAN H. RAILEY, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 (Phone)
stearns@jambg.com
young@jambg.com
railey@jambg.com
cisaac@jambg.com
nunez@jambg.com